UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.: 15-31057 |
| Villa Pizza Specialties, Inc. | Adv. No.: ______ |
| | Judge: RG |
| Debtor (s), | Chapter: 11 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Rosemary Gambardella, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**Location of Hearing:** Courtroom No. E
U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**Date and Time:** January 20, 2015 @ 2:00 p. m,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ✔ **ARE REQUIRED** _____ **ARE NOT REQUIRED**

DATED: 11/10/2015 JAMES J. WALDRON, Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on November 10, 20 15 the foregoing notice was served on the following: Morris S. Bauer Debtor Attorney , UST

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

United States Bankruptcy Court
District of New Jersey

In re:
Villa Pizza Specialties, Inc.
Debtor

Case No. 15-31057-RG
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2
User: admin
Form ID: pdf900
Page 1 of 1
Total Noticed: 1
Date Rcvd: Nov 10, 2015

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2015.

db +Villa Pizza Specialties, Inc., 25 Washington Street, Morristown, NJ 07960-3950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2015 at the address(es) listed below:

Morris S. Bauer on behalf of Debtor Villa Pizza Specialties, Inc. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com

TOTAL: 1