Order Filed on August 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**NORRIS McLAUGHLIN & MARCUS, P.A.**
Attorneys for the Debtor-in-Possession
721 Route 202-206, Suite 200
PO Box 5933
Bridgewater, NJ 08807-5933
(908) 722-0700
Morris S. Bauer, Esq.
Matteo Percontino, Esq.
mbauer@nmmlaw.com
mpercontino@nmmlaw.com

In Re:

VILLA PIZZA SPECIALTIES, INC.,

Debtor.

Case No.: 15-31057 (RG)

Chapter: 11 (Small Business)

Judge: Hon. Rosemary Gambardella

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is **ORDERED**.

**DATED: August 31, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| **Debtor:** | Villa Pizza Specialties, Inc. |
| **Case No:** | 15-31057 (RG) |
| **Caption of Order:** | Order Conditionally Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to the Disclosure Statement and to the Confirmation of the Plan, Combined With Notice Thereof and of the Hearing on Final Approval of the Disclosure Statement and the Hearing on Confirmation of the Plan |

This matter having been opened to the Court by Villa Pizza Specialties, Inc. (the "Debtor"), Plan Proponent , through counsel, Norris McLaughlin & Marcus, P.A., upon the filing of a Small Business Plan and Small Business Disclosure Statement dated August 30, 2016 under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated August 30, 2016 and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. **September 27, 2016** is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. **September 27, 2016 by 5:00 p.m.** is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-2.

E. A hearing shall be held on **October 4, 2016** at **11:00 a.m.** (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable Rosemary Gambardella, United States Bankruptcy Court, District of New Jersey, Martin Luther King Jr. Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, in Courtroom 3E.