| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**NORRIS McLAUGHLIN & MARCUS, P.A.**<br>Attorneys for the Debtor-in-Possession<br>721 Route 202-206, Suite 200<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700<br>Morris S. Bauer, Esq.<br>Matteo Percontino, Esq.<br>mbauer@nmmlaw.com<br>mpercontino@nmmlaw.com | FILED<br>JEANNE A. NAUGHTON, CLERK<br>FEB 16 2017<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY ____________ DEPUTY<br><br>(Small Business Case) |
| In Re:<br><br>VILLA PIZZA SPECIALTIES, INC.,<br><br>Debtor. | Case No.: 15-31057 (RG)<br><br>Judge: Hon. Rosemary Gambardella<br><br>Chapter: 11 |

**ORDER ENTERING FINAL DECREE AND CLOSING OF THE CASE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

2-16-17 ________________________
USBJ

This matter having been opened to the Court by Norris McLaughlin & Marcus, P.A., counsel to Villa Pizza Specialties, Inc., the Reorganized Debtor (the "Debtor"), on the Debtor's Notice of Motion for the entry of an Order Entering Final Decree and Closing of the Case (the "Motion"); and the Court having considered the Motion, and opposition, if any; and the Court having further considered the arguments of counsel at the hearing on the Motion, if any; and it further appearing that sufficient and adequate notice of the Motion has been given; and for good cause shown; it is hereby

ORDERED, that the above-captioned chapter 11 case be and hereby is deemed fully administered; and it is further

ORDERED, that the above-captioned chapter 11 case be and hereby is deemed closed; and it is further

ORDERED, that the Debtor will file its post-confirmation quarterly report for the 1st quarter of 2017, and pay any attendant statutory fee pursuant to 28 U.S.C. 1930, within thirty (30) days of entry of this Order; the United States Trustee reserves all rights, including but not limited to seeking to reopen the case.